UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BUCHWALD

EV Group E. Thallner GmbH and Erich
Thallner,

         Plaintiffs,

v.

3M Company,

         Defendant.

Civil File No.



### PLAINTIFFS' DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs EV Group E. Thallner GmbH and Erich Thallner certifies that neither Plaintiff has a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 11, 2008

By KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Peter J. Toren
ptoren@kasowitz.com
Monica V. Bhattacharyya
mbhattacharyya@kasowitz.com
Steven D. Chin
schin@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Plaintiffs*
*EV Group E. Thallner GmbH and
Erich Thallner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EV Group E. Thallner GmbH and Erich Thallner,

          Plaintiffs,

v.

3M Company,

          Defendant.

Civil File No.

---

## PLAINTIFFS' DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs EV Group E. Thallner GmbH and Erich Thallner certifies that neither Plaintiff has a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 11, 2008

By /s/ Peter J. Toren

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Peter J. Toren
ptoren@kasowitz.com
Monica V. Bhattacharyya
mbhattacharyya@kasowitz.com
Steven D. Chin
schin@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Plaintiffs*
*EV Group E. Thallner GmbH and Erich Thallner*